# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00140-CV

In the Matter of the Marriage of Uneca Johnson and Brandon Johnson
and In the Interest of L.J., a Child

On appeal from the
413th District Court of Johnson County, Texas
Judge William C. Bosworth Jr., presiding
Trial Court Cause No. DC-D202300019

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, Brandon Johnson, appealed from a final decree of divorce signed by the trial court on April 30, 2025. On May 1, 2025, Appellant was notified that a docketing statement is required to be completed and returned to this Court within 21 days of that date. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated June 25, 2025, the Clerk of this Court notified Appellant that the docketing statement has not been filed and warned him that the Court may dismiss the appeal without further notice if a docketing statement was not filed within twenty-one days from the date of the letter. *See* TEX. R. APP. P. 42.3(c).

More than twenty-one days have passed, and we have not received the docketing statement.  Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at \*1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

 

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  July 31, 2025

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Dismissed
CV06

